IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv042

| | |
|---|---|
| CHARLENE WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT

For the reasons set forth in the Order filed herewith,

**IT IS ORDERED ADJUDGED AND DECREED** that the Plaintiff's Complaint, and this matter, are **DISMISSED WITH PREJUDICE**.

Signed: August 11, 2011

Martin Reidinger
United States District Judge